FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA

_____

No. 1D2023-2991
_____

NEELAM TANEJA UPPAL,

Appellant,

v.

DEPARTMENT OF HEALTH,

Appellee.

_____

On appeal from the Board of Medicine.
Scot Ackerman, Chair.

November 27, 2024

PER CURIAM.

Appellant challenges the final order of the Department of Health revoking Appellant's license to practice medicine because of violations of sections 458.331(1)(b) and 458.331(1)(x), Florida Statutes. The Department provided competent, substantial evidence that the violations occurred upon the revocation of Appellant's medical license by the State of New York in January 2017 as well as Appellant's practice of medicine during February and March 2019 in violation of a Department order in a previous, separate disciplinary proceeding.

Because Appellant establishes no ground under section 120.68(7), Florida Statutes, to set aside the agency final order, the order is

AFFIRMED.

RAY, BILBREY, and LONG, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Neelam Taneja Uppal, pro se, Appellant.

Sarah Young Hodges, Chief Appellate Counsel, Florida Department of Health, Tallahassee, for Appellee.